IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAVID MERGENTHALER,
    Plaintiff,

v.                                                  Civil No. 3:20cv811 (DJN)

MCNEIL SALES & SERVICE, INC.,
    Defendant.

### ORDER
### (Dismissing Case)

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice (ECF No. 10). Having resolved all matters in controversy in this case, the parties hereby stipulate and agree to the dismissal of this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the Court hereby DISMISSES WITH PREJUDICE Plaintiff's Complaint (ECF No. 1-1). By agreement of the parties, pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                    /s/
                                                            David J. Novak
                                                            United States District Judge

Richmond, Virginia
Date: April 14, 2021